IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN JAMES COLE,<br><br>Defendant. | CR-23-29-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 19, 2024. (Doc. 56.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 17, 2024. (Doc. 51.) The United States accused Marvin James Cole (Cole) of violating his conditions of supervised release by: by: (1) operating a motor vehicle without permission of his probation officer on December 5, 2024; and (2) failing to comply with substance abuse testing on December 5, 2024, by refusing a

breathalyzer (3) being charged with driving under the influence by the Fort Belknap Tribal Law Enforcement on December 5, 2024; and (4) consuming alcohol on December 5, 2024 (Docs. 47 and 50.)

At the revocation hearing, admitted Cole admitted that he had violated the terms of his supervised release by: by: (1) operating a motor vehicle without permission of his probation officer on December 5, 2024; (2) failing to comply with substance abuse testing on December 5, 2024, by refusing a breathalyzer; and (4) consuming alcohol on December 5, 2024. The Government moved to dismiss allegation (3), which the Court granted. (Doc. 51.)

Judge Johnston found that the violations Cole admitted prove serious and warrants revocation of his supervised release and recommends a term of custody of until February 28, 2025, at noon, with 33 months of supervised release to follow. During the first six months of supervised release, Cole shall be be subject to home detention and shall be subject to remote alcohol testing Cole was advised of his rights to appeal and allocute to the undersigned and waived those rights. (Doc. 51.)

The violations prove serious and warrants revocation of Cole's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 56.) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Marvin James Cole be sentenced to a term of custody until February 28, 2025, at noon, with 33 months of supervised release to. During the first six months of supervised release, Cole shall be subject to home detention and shall be subject to remote alcohol testing.

DATED this 2nd day of January 2025.

_____
Brian Morris, Chief District Judge
United States District Court