IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>MARVIN JAMES COLE,<br><br>　　　　　Defendant. | CR-23-29-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 9, 2025. (Doc. 67.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 7, 2025 (Doc. 63.) The United States accused Marvin James Cole (Cole) of violating the conditions of his supervised release by failing to report to a probation office within the District of Montana within 72 hours of his release from custody and by the added violation of committing a state or local crime. (Docs. 61 and 62.)

At the revocation hearing, Cole admitted that he had violated by: (1) failing to report to a probation office within 72 hours of his release from custody, and (2) pleading guilty to Counts 5 and 7 of his charges in Blaine County. (Doc. 63.) Judge Johnston found that violation Cole admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 12 months with no supervised release to follow. (Doc. 67.) The Court advised Cole of his right to appeal and to allocute before the undersigned, he waived those rights. (Doc. 67.)

The violations prove serious and warrant revocation of Cole's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 67) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Marvin James Cole be sentenced for a term of custody of 12 months, no supervised release to follow. Cole will be housed at FCI Sandstone.

DATED this 24th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts